**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **MISC. NO.** |
| **RANSHEN LIN,** | **FILED UNDER SEAL** |
| **Defendant.** | |

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Stephen Cohen, being first duly sworn, hereby depose and state as follows:

**I.     IDENTITY OF THE AFFIANT**

1.     I have been a Postal Inspector with the United States Postal Inspection Service ("USPIS") since 2016. I am currently assigned to the Columbia, Maryland office of the Washington Division Fraud Team. I am responsible for investigating various fraud-related offenses, including offenses involving mail fraud, wire fraud, bank fraud, work-at-home schemes, charity fraud, credit card fraud, investment fraud, fraud involving elderly victims, lottery fraud, and telemarketing fraud. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a). I am therefore authorized to make applications for search and seizure warrants and to serve arrest warrants.

2.     I am assigned to this investigation and my involvement has included, among other activities, interviewing witnesses, conducting surveillance, and reviewing financial records. This investigation is being conducted jointly by USPIS and the United States Department of Homeland Security, Homeland Security Investigations ("HSI").

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is

intended to show merely that probable cause exists. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

## II.   <u>REASON FOR THE AFFIDAVIT</u>

4.      This affidavit is made in support of a criminal complaint charging RANSHEN LIN with mail fraud, in violation of 18 U.S.C. § 1341. This affidavit is also submitted in support of an arrest warrant.

5.      RANSHEN LIN is also known as "Bill Lin," "Jack Chen," "Rise Gary," "Leo Wong" and "Davide Amccer." He resides in Virginia.

6.      Since at least in or about April 2016 through in or about July 2018, LIN and others schemed to defraud Apple Inc. ("Apple") out of new iPhones. The manner and means by which LIN and his confederates carried out the scheme involved obtaining iPhones that were out-of-warranty and/or which contained counterfeit parts (collectively hereinafter "suspected counterfeit phones") and returning those suspected counterfeit phones to Apple (1) in person at Apple retail stores, (2) in person at authorized Apple service providers, or (3) through private and commercial interstate carrier. They returned phones under the false pretense that the suspected counterfeit phones were under warranty and should be replaced due to malfunction or other reason. Apple, wrongly believing that the person submitting the replacement request was entitled to a replacement, responded by providing a new iPhone either in person at an Apple retail store or by shipping a new iPhone to addresses provided by LIN, his confederates, or Apple-authorized repair facilities.

## III.   <u>BACKGROUND</u>

7.      An Apple Brand Integrity Investigator ("Apple Investigator") advised law enforcement of a general fraud scheme where individuals in various parts of the United States receive suspected counterfeit phones from Hong Kong and then submit those phones to Apple for

repair under the ruse that the phones are not functioning properly, all with the goal of getting Apple to provide them with genuine replacement iPhones. LIN and his confederates have been involved in this type of scheme in the Washington, D.C., metropolitan area.

8.      As part of the scheme, international packages containing suspected counterfeit phones, and in at least one instance, SIM Card trays with International Mobile Equipment Identity ("IMEI") numbers printed on them, were shipped from Hong Kong to the United States through DHL Express ("DHL"), which offers international courier, parcel, and express mail services, and is a private or commercial interstate carrier. DHL has processing facilities in Northeast, Washington, D.C. ("DHL-DC") and Herndon, Virginia ("DHL-Herndon"). HSI agents intercepted numerous packages at the DHL-DC and DHL-Herndon facilities bound for LIN in this investigation. Your affiant accompanied HSI agents during the interception of numerous packages. Upon intercepting these packages, law enforcement typically recorded the IMEI number on each suspected counterfeit iPhone and SIM Card tray and then allowed the shipments to be delivered to the intended recipient. The government then provided Apple with the IMEI numbers in an effort to see if any of the suspected counterfeit phones or SIM Card trays were submitted to Apple for repair. In response to legal process, Apple, in turn, provided the government with information about the returns, which included names, addresses, and/or email addresses used in conjunction with the returns.

9.      Each iPhone has two unique identifiers that can be used to identify the product for service, the IMEI number and serial number. Both identifiers are assigned to the device but have no permanent relation to the subscriber possessing the device. Depending on the model of the phone, the IMEI number can be located (1) on the rear enclosure; (2) on the removable SIM tray;

or (3) if the device can be fully powered on, by using software in the settings of the device.[1] The serial number can be identified (1) by using a hardware diagnostic tool called Serial Number Reader; (2) if the device can be fully powered on, by using software in the settings of the device; or (3) by using an internal search tool that requires opening the device to scan a QR code containing the serial number of the main logic board.

10.     Under its warranty service and handset replacement program, Apple attempts to ensure a customer promptly receives a repaired or replacement phone upon Apple receiving a non-functioning phone for repair. Apple can reject a phone for repair and/or replacement if it determines that the device has been modified or is counterfeit.

11.     Apple offers customers multiple ways to submit an iPhone for repair or replacement under its warranty service and handset replacement program. A customer can (1) ship the phone back to Apple via the United Parcel Service ("UPS") at no cost to the customer, (2) take a phone to an Apple retail store, or (3) take a phone to an authorized Apple Service provider.

12.     To ship a phone via UPS, a customer must go to the iPhone Repair section of Apple's website and provide some initial information about what is wrong with the phone. The customer must log in with the customer's Apple ID, but to the extent the customer does not have an Apple ID, the customer can create one by supplying a first and last name and an email address. The customer must then supply an IMEI number, an address, phone number, and email address. Once that information is supplied, Apple creates a repair order number. A customer can take the repair order number to a UPS Store and UPS will take care of packaging the phone and shipping it back to Apple. Alternatively, a customer can have Apple send the customer a box and shipping

---

[1] In fall 2018, Apple released the iPhone XS and XR; those phones and subsequent generation iPhones contain two IMEI numbers.

label, which the customer can then provide to UPS. If Apple determines that a replacement phone is warranted, it will ship the phone to whatever shipping address was provided by the customer.

13.    To return a phone to an Apple retail store, a customer must make an appointment in one of two ways. The customer can walk into an Apple retail store and schedule an appointment by supplying a name and email address; the customer has the option of providing a phone number. If the required store personnel are available, the appointment can occur immediately. A customer also can schedule an appointment online before going to an Apple Store by visiting the iPhone Repair section of Apple's website and providing some initial information about what is wrong with the phone. The site requires the customer to log in with the customer's Apple ID, but to the extent the customer does not have an Apple ID, the customer can create one by supplying a first and last name and an email address. The customer then must select the location of an Apple retail store to which the customer will bring the phone and a time for the appointment. Once the customer arrives at the Apple store, the customer checks in. Regardless of whether an appointment is scheduled online or in person, when the customer ultimately presents an Apple Store employee with the customer's phone, the Apple system will determine whether it can be repaired in the store. If the phone cannot be repaired, a replacement phone may be issued immediately as long as the phone is under warranty. Alternatively, the phone may be sent to one of Apple's repair facilities for further evaluation. If the phone is out of warranty, the customer can pay to have the phone repaired and/or replaced.

14.    When a phone is returned to Apple via an authorized third-party repair facility, the repair facility is responsible for repairing the phone or sending the phone to Apple for repair or replacement depending on the nature of the repair. If Apple determines that a replacement phone is warranted, Apple ships the replacement phone to the repair facility to return to the customer.

15.     Apple flags potentially fraudulent warranty returns based on a variety of factors. This can result in Apple rejecting any requests to repair and/or replace a phone from a particular individual or address. In an apparent response to this safeguard, fraudsters often use multiple addresses and name variations in furtherance of schemes to defraud Apple. In this investigation, LIN has used UPS Stores in Washington, D.C. and Maryland to receive suspected counterfeit iPhones and/or SIM Card trays with IMEI numbers printed on them from Hong Kong, and/or (2) to receive genuine replacement iPhones from Apple.

## IV.     FACTS SURROUNDING PROBABLE CAUSE

16.     The investigation identified suspected counterfeit iPhones that were shipped from Hong Kong to LIN and which were then submitted to Apple for replacement under various names, including variations of LIN's name, LIN's aliases, and LIN's confederates. LIN opened at least three UPS Store mailboxes in 2017 and 2018 in Virginia, Maryland, and Washington, D.C. I have reviewed the applications associated with these mailboxes. Each application included a copy of LIN's Chinese passport and, for two of the applications, his U.S. permanent resident card. His D.C. application listed "Sentrix LLC" as a company that would receive mail.

17.     On or about April 21, 2016, a law enforcement agent inspected a package at DHL Herndon. The package was addressed to LIN at an address in Ashburn, Virginia, and contained 29 suspected counterfeit iPhones. Three of the phones were sent to Apple and later confirmed by Apple as containing counterfeit components. On or about May 11, 2016, a law enforcement agent interviewed LIN in Virginia and presented him with an affidavit from Apple, which stated that the iPhones were counterfeit.

18.     On or about November 8, 2017, law enforcement agents inspected a package at DHL-DC. The package was from Hong Kong and addressed to "Smartfix LLC" at the UPS Store in Silver Spring, Maryland, where LIN leased a mailbox. The package contained 12 suspected

counterfeit iPhones. Later that day, law enforcement agents observed LIN enter that UPS Store and leave with the package. According to Apple, 11 of the phones were returned to Apple through a third-party repair facility under three different names; all 11 phones were replaced. An additional phone was submitted to Apple under the name "Davide Amccer" using an address on Park Center Drive in Alexandria, Virginia, where I know LIN has resided. Apple did not issue a replacement phone for that submission. Apple records indicate that variations of this same Alexandria address have been used in conjunction with at least 29 iPhone repair requests using a variety of names, including "Robert Lin," "Rise Gary," and "Lin Rasham." Of those 29 repair requests, Apple issued 20 replacement phones.

19.     On or about December 7, 2017, law enforcement agents inspected two packages at DHL-DC. The packages were from Hong Kong and addressed to LIN under the alias "Jack Chen" at his then-residence on Park Center Drive in Alexandria, Virginia. Both packages contained 25 suspected counterfeit iPhones. According to Apple, 14 of the phones from one package and 13 from the other were returned to Apple and all of them were replaced. Some of the phones were returned through a third-party repair facility. Other phones were submitted for repair at Apple retail stores, including ones in Washington, D.C., Maryland, Virginia, and Pennsylvania. Various names used in connection with returns included "Lin Ran," "Bill Lin," and "Ronshen Lin."

20.     On or about December 14, 2017, law enforcement agents inspected two packages at DHL-DC. The packages were from Hong Kong and addressed to LIN under the alias "Jack Chen" at his then-residence on Park Center Drive in Alexandria, Virginia. One package contained 22 suspected counterfeit iPhones; the other contained 25 suspected counterfeit iPhones. According to Apple, all but one of the phones were returned to Apple. All but three of the phones were replaced from one package and all but one of the phones were replaced from the other package. Most of the

phones were returned to Apple retail stores, including stores in Washington, D.C., Maryland, Virginia, Pennsylvania, and New York. Various names were used in connection with the returns including "Ranshan Lin," "Ronshen Lin," "Lin Ran," and "Ran Lin."

21.     On or about February 15, 2018, law enforcement agents inspected a package at DHL-IAD. The package was from Hong Kong and addressed to LIN under the alias "Bill L" at an address in Sterling, Virginia. The package contained 20 suspected counterfeit iPhones. According to Apple, nine of the phones were returned to Apple and six were replaced.

22.     On or about May 19, 2018, LIN opened a mailbox at a UPS Store located within the District of Columbia on Monroe Street NW.

23.     On or about June 29, 2018, a law enforcement agent inspected a package at DHL-DC. The package was from Hong Kong and addressed to the UPS Store on Monroe Street NW, Washington, D.C., to a company authorized by LIN to receive packages at his mailbox. The package contained 20 suspected counterfeit iPhones and 80 SIM Card Trays with IMEI numbers printed on them. Later that day, a law enforcement agent observed LIN enter that UPS Store and leave with the package, among others. According to Apple, 12 of the phones were returned to Apple retails store and all of them were replaced. Names associated with the return of the twelve phones included "Dian Luo" and "Pengfei Xue."[2] In addition, Apple indicated that 22 of the IMEI numbers on the intercepted SIM Card Trays were associated with phones returned to Apple. All but one of the phones were repaired or replaced. The phone that was not replaced was returned at

---

[2] On December 2, 2019, this Court authorized a criminal complaint charging Dian Luo, Pengfei Xue, Wen Jin Gao, and Haotian Sun with conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349. (Case No. 1:19-mj-299.) That same day, this Court issued arrest warrants for Luo, Xue, Gao, and Sun.

an Apple retail store in Bethesda, Maryland, under the name of Person B, one of Dian Luo's relatives.

**V.      <u>CONCLUSION</u>**

24.     Based upon the facts and circumstances contained in this affidavit, your affiant believes there is probable cause to issue an arrest warrant for RANSHEN LIN, for violating 18 U.S.C. § 1341 (Mail Fraud).


                                        Respectfully submitted,


                                        _____
                                        Postal Inspector Stephen Cohen
                                        United States Postal Inspection Service


Sworn to and subscribed before me this _____ day of December, 2019.

_____

UNITED STATES MAGISTRATE JUDGE